UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BUILDING TRADES UNITED PENSION TRUST FUND**
**and NACARCI FEASTER,**

**MILWAUKEE CARPENTERS DISTRICT COUNCIL**
**HEALTH FUND, MILWAUKEE CARPENTERS**
**DISTRICT COUNCIL VACATION FUND,**
**MILWAUKEE CARPENTERS JOINT**
**APPRENTICESHIP COMMITTEE FUND and**
**MARK SCOTT,**                                      **Case No. 10-C-170**

**PAINTERS LOCAL 781 HEALTH FUND,**
**PAINTERS LOCAL 781 APPRENTICESHIP FUND**
**and JOHN JORGENSEN,**
**PDI, INC. FUND and INDUSTRY ADVANCEMENT**
**PROGRAM/CONTRACT ADMINISTRATION,**
      **Plaintiffs,**
**v.**

**LANGE DRYWALL, INC.**
      **Defendant.**

---

## ORDER

---

Upon all the files and proceedings had, and more particularly upon the Confession to Judgment,

IT IS ORDERED that the Confession to Judgment is adopted as the order of this Court and judgment for the plaintiffs and against the defendant for $115,812.85, shall be entered forthwith.

Dated at Milwaukee, Wisconsin this 11th day of April, 2012.

BY THE COURT:

s/ Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge